# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
ACTING TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

September 14, 2016

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3000906 for $4,007.51 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| DEBRA B JOHNSON<br>10-32510-DHW | PAY DAY LOAN STORE<br>202A MEMORIAL DR S<br>PRATTVILLE, AL, 36067 | $0.41 |
| ALBERT HARVEY<br>MELODYE HARVEY<br>10-32979-DHW | ALBERT HARVEY<br>MELODYE HARVEY<br>160 PEBBLE COURT<br>PIKE RD, AL, 36064 | $9.00 |
| DAVID WILSON ROGERS<br>ELLA SHARON ROGERS<br>11-30462-DHW | DAVID WILSON ROGERS<br>ELLA SHARON ROGERS<br>3030 SOUTHMALL CT APT H<br>MONTGOMERY, AL, 36116 | $274.85 |
| JEREMY K PRIDGEN<br>11-10312-WRS | JEREMY K PRIDGEN<br>3610 W HILLSBORO BLVD APT 201<br>COCONUT CREEK, FL, 33073 | $7.40 |
| HENRY MAE JOHNSON<br>11-80337-WRS | HENRY MAE JOHNSON<br>1500 PINE HURST DR APT 104<br>OPELIKA, AL, 36801 | $1.36 |
| JAMES L WEAVER JR<br>SHELIA WEAVER<br>11-10529-WRS | WITTICHEN SUPPLY COMPANY INC<br>ZARZAUR & SCHWARTZ P C<br>2209 MORRIS AVE<br>BIRMINGHAM, AL, 35203 | $0.55 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| PEGGY OLIVER ROSS<br>11-30928-DHW | PEGGY OLIVER ROSS<br>335 W JEFF DAVIS APT 8<br>MONTGOMERY, AL, 36104 | $0.12 |
| MAJOR LEE WILLIAMS<br>11-31391-DHW | MAJOR LEE WILLIAMS<br>3014E SOUTHMALL CIRCLE<br>MONTGOMERY, AL, 36116 | $150.00 |
| CATHERINE BRANCHMAN<br>11-31756-DHW | LHR INC<br>3176 ABBOTT RD STE 300 W<br>ORCHARD PARK, NY, 14127 | $0.01 |
| CATHERINE BRANCHMAN<br>11-31756-DHW | CASH CONNECTION<br>6140 UNIVERSITY DR STE 5<br>HUNTSVILLE, AL, 35806 | $0.01 |
| BRYAN A GRANTHAM<br>HEATHER N GRANTHAM<br>11-11502-WRS | BRYAN A GRANTHAM<br>HEATHER N GRANTHAM<br>2101 GENEVA HWY LOT 17<br>ENTERPRISE, AL, 36330 | $81.55 |
| EARLENE L O'NEAL<br>11-11541-WRS | EARLENE L O'NEAL<br>391 HIGHLAND AVE<br>OZARK, AL, 36360 | $5.18 |
| CANDACE C STURGEON<br>11-32287-DHW | CANDACE C STURGEON<br>484 PERDUE PLACE<br>GREENVILLE, AL, 36037 | $38.92 |
| SHARRON ANNETTE MILES<br>11-32722-DHW | SHARRON ANNETTE MILES<br>85 HAYES ST<br>THORSBY, AL, 35171 | $13.64 |
| LAKISHA BEAVERS<br>11-81669-WRS | ANTHONY A. SWANSON<br>305 S 4TH ST<br>OPELIKA, AL, 36801-5011 | $4.23 |
| SHANQUA KENNEDY<br>11-33028-DHW | SHANQUA KENNEDY<br>4132 CARMICHAEL RD APT 103<br>MONTGOMERY, AL, 36106 | $0.50 |
| SCOTT HARRISON BAKER<br>IVY D BAKER<br>12-80421-WRS | SCOTT HARRISON BAKER<br>IVY D BAKER<br>7809 48TH LOOP SE<br>LACEY, WA, 98503 | $1,570.00 |
| DEREK ANTHONY CURRY<br>12-30916-DHW | DEREK ANTHONY CURRY<br>390 KINGSTON DR<br>PIKE RD, AL, 36064 | $135.00 |
| JASON H BARRON<br>ANNIE JOY BARRON<br>12-80581-WRS | FRONTIER BANK<br>C/O MARRELL J MCNEAL ATTY<br>P O BOX 308<br>OPELIKA, AL, 36803-0308 | $44.07 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| JASON H BARRON<br>ANNIE JOY BARRON<br>12-80581-WRS | MARRELL MCNEAL ATTY AT LAW PC FOR<br>THE BENEFIT OF FRONTIER BANK<br>P O BOX 308<br>OPELIKA, AL, 36803-0308 | $517.82 |
| DANIEL ALLISON<br>DANA ALLISON<br>12-10719-WRS | CULLMAN ELECTRIC COOP<br>HOLLOWAY CREDIT SERVICES<br>P O BOX 27<br>HUNTSVILLE, AL, 35804 | $0.01 |
| LAVETT MCGRIFF<br>12-11296-WRS | LAVETT MCGRIFF<br>416 NO RANGE ST APT 2<br>DOTHAN, AL, 36303 | $50.00 |
| DAN ROBINSON<br>12-81232-WRS | STEWART REDDOCH<br>C/O HAROLD MORRIS ATTORNEY AT LAW<br>2304 GATEWAY DR STE A<br>OPELIKA, AL, 36801 | $655.45 |
| SCOTT B BLACKMON<br>12-11606-WRS | SCOTT B BLACKMON<br>1012 NORMAN WAY<br>BIRMINGHAM, AL, 35242 | $1.00 |
| PAUL ROLIN JOHNSON<br>TAMMY MARIE JOHNSON<br>12-32584-DHW | PAUL ROLIN JOHNSON<br>TAMMY MARIE JOHNSON<br>145 BONNIE LANE<br>WETUMPKA, AL, 36092 | $111.00 |
| MICHAEL FRANCIS<br>NYSEWANDER<br>KRISTIE TATUM NYSEWANDER<br>12-12078-WRS | MICHAEL FRANCIS NYSEWANDER<br>KRISTIE TATUM NYSEWANDER<br>102 CALDWELL COURT<br>DALEVILLE, AL, 36322 | $0.82 |
| PARTHENIA CADE<br>13-30163-DHW | PARTHENIA CADE<br>513 CHISLOM ST<br>MONTGOMERY, AL, 36110 | $3.05 |
| JOHN M FEAGINS<br>13-30947-DHW | JOHN M FEAGINS<br>3711 GASTON AVE<br>MONTGOMERY, AL, 36105 | $35.00 |
| JESSICA MARQUISE ROGERS<br>15-30839-DHW | JESSICA MARQUISE ROGERS<br>4432 ELEY CT<br>MONTGOMERY, AL, 36106 | $134.77 |
| MCGARTHA NELSON<br>15-11537-WRS | MCGARTHA NELSON<br>309 E CARROLL ST<br>DOTHAN, AL, 36301 | $161.79 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Acting Chapter 13 Trustee
SLM/BH