# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
ACTING TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE


February 08, 2017

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3031210 for $8,000.58 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| EARNESTINE T JOHNSON<br>10-11638-WRS | EARNESTINE T JOHNSON<br>879 WEBB RD<br>DOTHAN, AL, 36303 | $0.40 |
| VERDELL M THOMAS<br>11-30225-DHW | HOUSEHOLD FINANCE CORP OF AL<br>C/O PRA RECEIVABLES MNMT LLC<br>P O BOX 12907<br>NORFOLK, VA, 23541 | $1,216.85 |
| HELEN I JONES<br>11-10416-WRS | HELEN I JONES<br>15 STEVENS RD<br>CLAYTON, AL, 36016 | $5.60 |
| DONNA SUE FRANKLIN<br>11-10589-WRS | VERIZON WIRELESS<br>500 TECHNOLOGY DR STE 550<br>WELDON SPRING, MO, 63304 | $31.41 |
| YVONNE L NETTLES<br>11-31048-DHW | YVONNE L NETTLES<br>P O BOX 251328<br>MONTGOMERY, AL, 36108 | $33.12 |
| JAKE HALFORD<br>MONA HALFORD<br>11-31609-DHW | ONE STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $0.01 |
| JAKE HALFORD<br>MONA HALFORD<br>11-31609-DHW | FAYES FLORIST<br>P O BOX 265<br>GEORGIANA, AL, 36033 | $0.01 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| CYNTHIA HARMON WALDROUP<br>11-31617-DHW | ANGELIQUE DJONRET<br>C/O DONALD KNOWLTON<br>153 S 9TH ST<br>GADSDEN, AL, 35901 | $27.60 |
| CYNTHIA HARMON WALDROUP<br>11-31617-DHW | BRITTANY JAMES<br>C/O DONALD KNOWLTON<br>153 S 9TH ST<br>GADSDEN, AL, 35901 | $48.69 |
| CYNTHIA HARMON WALDROUP<br>11-31617-DHW | CIERA ROBINSON<br>C/O DONALD KNOWLTON<br>153 S 9TH ST<br>GADSDEN, AL, 35901 | $48.69 |
| CYNTHIA HARMON WALDROUP<br>11-31617-DHW | VICTORIA MCGHEE<br>C/O DONALD KNOWLTON<br>153 S 9TH ST<br>GADSDEN, AL, 35901 | $27.60 |
| TONYA RICHARDSON TEMPLE<br>11-31860-DHW | KHEAA<br>P O BOX 798<br>FRANKFORT, KY, 40602-0798 | $1,123.42 |
| CHRISTOPHER BRYANT<br>11-11479-WRS | CHRISTOPHER BRYANT<br>731 WILLIAMSON ST<br>EAST BREWTON, AL, 36426 | $160.66 |
| JANNETT RADFORD<br>11-12225-WRS | JANNETT RADFORD<br>404 MACEDONIA DR<br>EUFAULA, AL, 36027 | $0.96 |
| DENNIS E RASLEVICH<br>12-10124-WRS | JUNE SEIFERT<br>157 JOHN D SEIFERT DR<br>OZARK, AL, 36360 | $6.63 |
| SCOTT HARRISON BAKER<br>IVY D BAKER<br>12-80421-WRS | SCOTT HARRISON BAKER<br>IVY D BAKER<br>7809 48TH LOOP SE<br>LACEY, WA, 98503 | $2,890.62 |
| SHAUNDA L DEERE<br>12-11830-WRS | SHAUNDA L DEERE<br>906 ST NICHOLAS AVE<br>BREWTON, AL, 36426 | $0.07 |
| MARVIN CROOM<br>12-12020-WRS | MARVIN CROOM<br>136 OLIVER COURT<br>OZARK, AL, 36360 | $30.00 |
| SHARON E DUNKLIN<br>12-33075-DHW | SHARON E DUNKLIN<br>P O BOX 433<br>GREENVILLE, AL, 36037 | $10.38 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| ROSA NELL THOMAS<br>13-30940-DHW | ROSA NELL THOMAS<br>3530 CARTER HILL RD<br>MONTGOMERY, AL, 36111 | $2.04 |
| SHORRON L SEARCY<br>TAKEISHA B SEARCY<br>13-31083-DHW | SHORRON L SEARCY<br>TAKEISHA B SEARCY<br>4387 WARES FERRY RD<br>MONTGOMERY, AL, 36109-3155 | $880.44 |
| THERESA A BUYCKS<br>13-32154-DHW | THERESA A BUYCKS<br>1419 HERRON ST<br>MONTGOMERY, AL, 36104 | $737.00 |
| CAROLYN ANDREWS DUMAS<br>13-81169-WRS | CAROLYN ANDREWS DUMAS<br>1706-2 OLD COLUMBUS RD<br>OPELIKA, AL, 36801 | $215.84 |
| RAYMOND EDWARD MORRIS<br>13-32188-DHW | RAYMOND EDWARD MORRIS<br>P O BOX 12<br>JONES, AL, 36749 | $17.81 |
| LORETTA GORDON<br>13-32783-DHW | AAM INC<br>330 GEORGETOWN SQ STE 104<br>WOOD DALE, IL, 60191 | $215.81 |
| MARTIN LUTHER BROWN<br>13-33439-DHW | MARTIN LUTHER BROWN<br>328 TANGLEWOOD DR<br>MONTGOMERY, AL, 36105 | $70.00 |
| ERICA NICOLE MONROE<br>14-11215-WRS | ERICA NICOLE MONROE<br>200 D HERONCOVE DR APT D24<br>ENTERPRISE, AL, 36330 | $73.00 |
| KAREN K RHETT<br>15-10035-WRS | KAREN K RHETT<br>14 NEWBERRY CIR APT 56<br>MIDLAND CITY, AL, 36350 | $0.92 |
| DOROTHY JEAN TYNER<br>16-80316-WRS | DOROTHY JEAN TYNER<br>802 W LONG LEAF DR UNIT 108<br>AUBURN, AL, 36832 | $125.00 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Acting Chapter 13 Trustee
SLM/BH